EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 148 |
| | 175 DPR _____ |
| Carlos J. Nazario Díaz | |

Número del Caso: CP-2006-20

Fecha: 29 agosto 2008

Abogado de la Parte Querellada:

      Lcdo. Guillermo Figueroa Prieto

Materia: Conducta Profesional
      (En Reconsideración)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos J. Nazario Díaz                    CP-2006-20

RESOLUCIÓN

San Juan, Puerto Rico, a 29 de agosto de 2008.

Examinada la solicitud de reconsideración presentada por Sr. Carlos J. Nazario Díaz, reconsideramos la Opinión *Per Curiam* y Sentencia del 30 de junio de 2008. En vista de las circunstancias atenuantes del presente caso, incluyendo las gestiones hechas por Nazario Díaz para subsanar las faltas cometidas, y su historial profesional al momento de otorgar la escritura que origina la querella presentada, dejamos sin efecto la suspensión del ejercicio de la abogacía y reducimos el término de suspensión de la notaría de seis meses a tres meses.

Notifíquese por fax.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo